B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| *Nevada* | |

| Name of Debtor (if individual, enter Last, First, Middle): **Clifton, Valarie Perry** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **Valarie Perry Shears** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6254** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **246 Jumping Springs Place Henderson, NV 89012**  ZIP CODE **89012** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: **Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box.)

- ☐ Full Filing Fee attached.
- ☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

| THIS SPACE IS FOR COURT USE ONLY |
|---|

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☑ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Clifton, Valarie Perry** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____ <br>     Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s):
**Clifton, Valarie Perry**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Valaree P. Clifton*
   Signature of Debtor

X _____
   Signature of Joint Debtor

Telephone Number (if not represented by attorney)
(702) 220-8140      (702) 278-8818
   Date  5/8/2009      6/2/2009

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   Date

**Signature of Attorney***

X _____
   Signature of Attorney for Debtor(s)

_____
   Printed Name of Attorney for Debtor(s)

_____
   Firm Name

_____
   Address

_____

_____
   Telephone Number

_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner of bankruptcy petition preparer whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Valarie Perry Clifton _____     Case No._____
_____Debtor_____                 *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                    Page 2

      ❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

      **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

      ❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

            ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
            ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
            ❏ Active military duty in a military combat zone.

      ❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Dalaree P Clifton*

Date: ~~05/08/2009~~  *6/2/2009*

Certificate Number: 03006-NV-CC-006969575

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 6, 2009, at 2:20 o'clock PM PDT,

Valarie Perry  Clifton received from

Consumer Credit Counseling Service of Southern Nevada and Utah,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Nevada, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted in person.

Date: May 6, 2009                     By _____

Name   Ellen McCurdy

Title   Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Debtor: Clifton, Valarie Perry (xxx-xx-6254)**
**Creditor Matrix: Courier**    *8 pages*

## SECURED CREDITORS

Ford Credit
Acct. No.: 40590274
National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153-7901

Ford Credit
Acct. No.: 40607956
National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153-7901

Select Portfolio Servicing, Inc.
Acct # 0011789666
P.O. Box 65250
Salt Lake City, UT 84165-0250

## PRIORITY CLAIMS

Clark County Treasurer
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

## UNSECURED CREDITORS

Academy Collection Service
Acct. No.: 16326067
10965 Decatur Road
Philadelphia, PA 19154-3210

Academy Collection Services, Inc.
Acct. No.: 15838407
10965 Decatur Road
Philadelphia, PA 19154-3210

Advantage Assets II, Inc.
Acct. No.: AH1 6035320180317388
c/o LTD Financial Services, LP
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

1

**Debtor: Clifton, Valarie Perry (xxx-xx-6254)**
**Creditor Matrix: Courier**

Alliance One
Acct. No.:GTM352
1160 Centre Point Drive, Suite #1
Mendota heights, MN 55120

Allied Collection Services, Inc.
Acct. No.: 07C-010204
3080 South Durango Drive, Suite 208
Las Vegas, NV 89117

Allied Interstate Inc.
Acct. No.: A43330063/P36764284
P.O. Box 361774
Columbus, OH 43236

Aspire Visa
Acct. No.: 4106360012260306
P.O. Box 105555
Atlanta, GA 303148-6195

Avante USA
Acct. No.: 1698170
2950 S. Gessner Rd. Suite 265
Houston, TX 77063

Bennett & Deloney, P.C.
Acct. No.: 15702413
1265 E Fort Union Blvd. Suite 150
Salt Lake City, UT 84047-1808

Benchmark Association Services
1515 E Tropicana Ave. Suite 350A
Las Vegas, NV 89119

Capital One Bank (USA)
Acct. No.: 4862-3626-6902-5176
P.O. Box 60024
City Of Industry, CA 91716-0024

Chase Bank USA, N.A.
Acct. No.: 4388540012041322
P.O. Box 15298
Wilmington, DE 19850-5298

**Debtor: Clifton, Valarie Perry (xxx-xx-6254)**
**Creditor Matrix: Courier**

```
Chase Bank USA, N.A.
Acct. No.: 4266841084018736
P.O. Box 15298
Wilmington, DE 19850-5298

Chevron Credit Bank, N.A.
Acct. No.: 111-132-125-1
PO Box 2001
Concord, CA 94529-0001

Citicorp Credit Services, Inc
Shell Acct. No. 0866714033
PO Box 183018
Columbus, Oh 43218-3018

Check City
PO Box 35227
Las Vegas, NV 89133-5227

Escallate, LLC
Acct No. 32590048
PO Box 710732
Columbus, OH 43271-0732

First Financial Investment
Acct. No.: CC185848
c/o Law Offices of Gerald A. Phillips
PO Box 11400
Reno, NV 89510

GE Money Bank (JC Penney)
BK Dept. Acct. No.: 6000889476741577
PO Box 103104
Roswell, GA 30076

GE Money Bank - Dillard's
BK Dept. Acct. No.:6045872139028357
PO Box 103104
Roswell, GA 30076

GE Money Bank
Acct. No.: 7061591021673032
c/o Allied Interstate
3000 Corporate Exchange Dr.
Columbus, OH 43231
```

3

**Debtor: Clifton, Valarie Perry (xxx-xx-6254)**
**Creditor Matrix: Courier**

Genesis Medical Group
Acct. No.: CLIVA000
100 N. Green Valley Pkwy #110
Henderson, NV 89074-6392

Grant & Weber, Inc
Acct. No.: GHWP11/006253778/N96
861 Coronado Center Drive, Suite 211
Henderson, NV 89052

City of Henderson
Acct. No.: 3025256
PO Box 95007
Henderson, NV 89009

Home Depot Credit Services
Acct. No.:
P.O. Box 689100
Des Moines, IA 50368-9100

HSBC Card Services
Acct. No.: 4314 672507042355
P.O. Box 80084
Salinas, CA 93912-0084

Insight Health Diagnostics
Acct. No.: 2093782-113006
c/o RSI Enterprises, Inc.
P.O. Box 16190
Phoenix, AZ 85011

Jefferson Capital Systems, LLC
Acct. No.: 15043041090104099
c/o Daniel & Norelli, PC
900 Merchants Concourse, Suite 400
Westbury, NY 11590

Laboratory Corporation of America
Acct. No.: 25253585
P.O. Box 2240
Burlington, North Carolina 27216-2240

LTD Financial Services
Acct. No. CBD 866714033
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Debtor: Clifton, Valarie Perry (xxx-xx-6254)
Creditor Matrix: Courier

```
LVNV Funding LLC
Acct. No.: 6AP82466
c/o Resurgent Capital Services, LP
15 S. Main St., Suite 600
Greenville, SC 29601

MCI Communication Services, Inc.
Acct. No.: 6AP82466
c/o Resurgent Capital Services, LP
15 S. Main St., Suite 600
Greenville, SC 29601

Midland Credit Management, Inc.
Acct. No.: 8527877864
Department 12431
P.O. Box 603
Oaks, PA 19456

Moneytree
PO Box 58363
Seattle, Washington 98138

MRS Associates, Inc.
Acct. No: 13199716
1930 Olney Ave
Cherry Hill, NJ 08003

Nationwide Credit, Inc.
Acct. No.: 6045872139028357
2015 Vaughn Rd NW, Ste 400
Kennesaw, GA 30144-7802

NCC Business Services, Inc.
Acct. No.: 1697164
3733 University Blvd W Suite 300
Jacksonville, Fl 32217

NCO Financial Services
Acct. No.: 6035320180317388
2725 E Desert Inn Rd #250
Las Vegas, NV 89121

NCO Financial Systems, Inc.
Acct. No.: 5276444-2414977
507 Prudential Road
Horsham, PA 19044
```

Debtor: Clifton, Valarie Perry (xxx-xx-6254)
Creditor Matrix: Courier

NCO Financial Systems, Inc.
Acct. No.:3753960 3025256-AMB403398700
PO Box 963
Brookfield, WI 53008-0963

Parkway Imaging Center LLC
Acct. No.: 2093782
FILE 57174
Los Angeles, CA 900074-7174

Premier Bankcard, LLC
Acct. No.:5178007744124041
P.O. Box 5524
Sioux Falls, SD 57117-5524

Principal Life Insurance Company
Acct. No.: HRI 9814552-9808917
c/o Healthcare Recoveries
P.O. Box 36389
Louisville, KY 40233

Quest Diagnostics
Acct. No.: A26627687
c/o Credit Bureau Central
2355 Red Rock Street, Suite 200
Las Vegas, NV 89146

Quest Diagnostics
Acct. No.: A27067183
c/o Credit Bureau Central
2355 Red Rock Street, Suite 200
Las Vegas, NV 89146

Radiology Assoc of Nevada
Acct. No.: 1353355-1
c/o Allied Collection Services, Inc.
30080 S Durango Dr. Suite 208
Las Vegas, NV 89117-9194

Republic services
770 E. Sahara Ave
Las Vegas, NV 89193-8508

Salute
Acct. No.: 4146830017188548
PO Box 105555
Atlanta, GA 30348-5555

6

**Debtor: Clifton, Valarie Perry (xxx-xx-6254)**
**Creditor Matrix: Courier**

```
Sprint Long Distance
Acct. No.:001140599-02
c/o Afni,Inc.
PO Box 3427
Bloomington, IL 61702-3427

St Rose Dominican Siena
Acct. No.: M2414977
4535 Dressler Road NW
Canton, OH 44718

St Rose Dominican Siena
Acct. No.: 55058242
CHW PFS
FILE 57125
Los Angeles, CA 90074-7125

Summit Medical Group
Acct. No.: 60374
c/o Credit Bureau Central
2355 Red Rock Street, Suite 200
Las Vegas, NV 89146

Tribute Mastercard
Acct. No.: 5259830010439997/2684275203
P.O. Box 136
Newark, NJ 07101-0136

Universal Fidelity, LP
Acct. No.: 6000889476741577
P.O. Box 941911
Houston, TX 77094-8911

Verizon Wireless
Acct. No.:03-63700158
c/o CBCS
PO BOX 69
Columbus OH 43216

Verizon Wireless
Acct. No.:7F6D9A
c/o NCO Financial Systems Inc.
PO BOX 69
Columbus OH 43216
```

**Debtor: Clifton, Valarie Perry (xxx-xx-6254)**
**Creditor Matrix: Courier**

Verizon Wireless
Acct. No.:001108990754100001
c/o United Collection Bureau, Inc.
5620 Southwyck Blvd. Suite 206
Toledo, OH 43614

Verizon Wireless
Acct. No.:0011037070972600001
c/o The CBE Group Inc.
131 Tower Park Dr., Suite 100
Waterloo, IA 50701

Verizon Wireless
Acct. No.:0011037070972600001
c/o First Revenue Assurance
PO Box 3020
Albuquerque, NM 87110

Washington Mutual Bank Providian Visa
Acct. No.: 4185-8602-5325-3807