August B. Landis, Assistant United States Trustee
State Bar # IA PK9228
J. Michal Bloom, Attorney
State Bar # NV 4706
*j.michal.bloom@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 229
Facsimile: (702) 388-6658

Attorneys for the Acting United States Trustee
    Sara L. Kistler

E-Filed on November 9, 2009

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**Valarie Perry Clifton,**<br><br><br><br>        Debtor. | CASE NO: BK-**S-09-19451-bam**<br><br>Chapter 7<br><br>Date:  N/A<br>Time:  N/A |

## The Acting United States Trustee's Declination Statement Under 11 U.S.C. § 704(b)(2)

    The Acting United States Trustee declines to file a motion to dismiss this case under 11 U.S.C. § 707(b)(2). Based on currently available information and under the specific facts and circumstances of this case, the Acting United States Trustee is exercising the discretion permitted under 11 U.S.C. § 704(b)(2). This decision is based on the following:

    1. Valarie Perry Clifton filed a voluntary petition under Chapter 13 of the Bankruptcy Code on June 4, 2009. Her case was voluntarily converted to one under Chapter 7 on August 27, 2009.

    2. Ms. Clifton's debts are primarily consumer debts [Docket #1, Page 1].

    3. As required by 11 U.S.C. § 704(b)(1)(A), the Acting United States Trustee filed a Statement of Presumed Abuse in this case on October 5, 2009 [Docket #43].

4. Section 704(b)(2) of the Bankruptcy Code provides:

> The United States trustee (or bankruptcy administrator, if any) shall, not later than 30 days after the date of filing a statement under [§ 704(b)(1)], either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States trustee (or the bankruptcy administrator, if any) does not consider such a motion to be appropriate, if the United States trustee (or the bankruptcy administrator, if any) determines that the debtor's case should be presumed to be an abuse under § 707(b) and th product of the debtor's current monthly income, multiplied by 12 is not less than [the applicable median family income amount].

5. Based upon currently available information, the Acting United States Trustee will not file a motion to dismiss based on the presumption of abuse because the debtor has explained and documented circumstances that justify declining to prosecute a motion to dismiss for presumed abuse.

6. Specifically, the debtor has provided credible testimony under oath and verifiable proof that her income has significantly declined post-petition.

**Based on the foregoing**, the Acting United States Trustee does not consider a motion to dismiss under 11 U.S.C. § 707(b)(2) to be appropriate in this case.

Dated: November 9, 2009

        Respectfully submitted,

        **SARA L. KISTLER**
        **ACTING UNITED STATES TRUSTEE**
        **REGION 17**

        By: */s/ J. Michal Bloom*
            J. Michal Bloom, Esq.
            United States Department of Justice
            Attorney for the Acting United States Trustee